# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman CZACHERY T. RIKE
### United States Air Force

## ACM 38593

## 27 May 2015

Sentence adjudged 21 January 2014 by GCM convened at Peterson Air Force Base, Colorado. Military Judge: Natalie Richardson (sitting alone).

Approved Sentence: Dishonorable discharge, confinement for 12 years, and reduction to E-1.

Appellate Counsel for the Appellant: Major Isaac C. Kennen and Captain Travis L. Vaughan.

Appellate Counsel for the United States: Major Jason S. Osborne and Gerald R. Bruce, Esquire.

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 25 April 2014 incorrectly lists the date range for Charge III, Specification 2. The court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.

 FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM 38593